BEFORE THE SECOND DIVISION, MARCH 11, 1948

No. 52213.—Hudson Shipping Co., Inc. *v.* United States, protest 133284–K (New York).

Opinion by TILSON, J. . When the case was called for trial it was agreed between the respective parties that the involved merchandise consists of artificial flowers composed in chief value of material other than yarns, threads, or filaments. The claim at 60 percent under paragraph 1518 was therefore sustained.